UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-81192-Civ-Zloch/Snow

MONICA A. HARMON,

    Plaintiff,

v.

AUDIT SYSTEMS, INC.,

    Defendant.
_____/

### NOTICE OF FILING JOINT PROPOSED ORDER SCHEDULING MEDIATION

The parties file their joint proposed Order Scheduling Mediation in this cause as required by the Court's Order of Referral to Mediation (DE 8).

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Victor H. Veschio, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Nixon and Associates |
| Fort Lauderdale, Florida  33339 | Suite 204 |
| Telephone: 954-537-2000 | 3105 West Waters Avenue |
| Facsimile: 954-566-2235 | Tampa, FL 33614 |
| | Telephone: 813-933-7722 |
| | Facsimile: 813-935-4533 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Victor H. Veschio |
|     Donald A. Yarbrough, Esq. |     Victor H. Veschio, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-81192-Civ-Zloch/Snow

MONICA A. HARMON,

    Plaintiff,

v.

AUDIT SYSTEMS, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 1, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Victor H. Veschio, Esq.
Nixon and Associates
Suite 204
3105 West Waters Avenue
Tampa, FL 33614
Telephone: 813-933-7722
Facsimile: 813-935-4533

Via Notices of Electronic Filing generated by CM/ECF