UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81192-CIV-ZLOCH

MONICA A. HARMON,

    Plaintiff,

vs.                       **<u>FINAL ORDER OF DISMISSAL</u>**

AUDIT SYSTEMS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 17), filed herein by Plaintiff, Monica A. Harmon, and Defendant, Audit Systems, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation For Dismissal With Prejudice (DE 17) filed herein by Plaintiff, Monica A. Harmon, and Defendant, Audit Systems, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear their attorneys' fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of May, 2008.

                                                  _____
                                                  WILLIAM J. ZLOCH
                                                  United States District Judge

Copies furnished:

Donald A. Yarbrough, Esq.
For Plaintiff

Victor H. Veschio, Esq.
For Defendant